Moses Maas, Respondent, v. Harris Goldman and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Elias J. Lieberman, as Trustee in Bankruptcy, etc., and Another, Individually, and as Copartners, etc., Respondents, v. Jacob A. Munter and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Jungmann & Company, Inc., Respondent, Appellant, v. Atterbury Brothers, Inc., Appellant, Respondent.— Order modified by granting motion to strike out only the second separate defense of the amended answer upon the ground that the same is insufficient in law, and by denying plaintiff's motion in all other respects, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Jacob Schneck, Respondent, v. Nat Lewis, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Joseph Rotundo, Appellant, v. Erie Railroad Company, Respondent.— Determination affirmed, with costs, and judgment absolute directed to be entered upon plaintiff's stipulation in favor of the defendant and against the plaintiff. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Estley Rothschild, Appellant, v. Clayton A. Haviland, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

The People of the State of New York, Respondent, v. Anthony Señes, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Markwin Realty Corporation, Respondent, v. "John" Geisler, First Name Fictitious, etc., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Emily D. Day, Doing Business under the Firm Name and Style of Bennett, Day & Company, Respondent, v. Compagnie Generale Transatlantique, Appellant.— Determination affirmed, with costs, on the authority of *Burke* v. *Union Pacific R. R. Co.* (226 N. Y. 534; affd., 255 U. S. 317). Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Sarah M. Holland, Appellant, v. Union Railway Company of New York City, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that a question of fact was presented for the jury. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Clarke, P. J., and Merrell, J., dissenting.

Andrew Kalipetes, Respondent, v. United States Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Andrew Kalipetes, Respondent, v. North Branch Fire Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.